E-FILED: **2/11/10**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HALL, et al. | CASE NO. ED CV 09-2271-GHK (DTBx) |
| Plaintiffs, | |
| v. | JUDGMENT |
| ALLY BANK, et al., | |
| Defendants. | |

Pursuant to our February 11, 2010 Order, Defendants Ally Bank (fka GMAC Bank fka GMAC Automotive Bank), Cerberus Capital Management L.P. (erroneously sued as Cerebrus Capital Management L.P.), Executive Trustee Services, LLC, and Mortgage Electronic Registration Systems, Inc. are **DISMISSED with prejudice**.

**IT IS SO ORDERED**.

DATED: February 11, 2010

_____
GEORGE H. KING
United States District Judge