E-FILED: **4/30/10**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Robert E. Hall* | CASE NO. CV 09-2271-GHK (DTBx) |
| Plaintiff, | |
| | **JUDGMENT** |
| v. | |
| *Ally Bank, et al.* | |
| Defendants. | |

Based on our April 30, 2010 Order granting Defendants Ally Bank, Cerberus Capital Management LP, Executive Trustee Services, LLC, and Mortgage Electronic Registration Systems, Inc.'s (collectively, "Defendants") Motion to Dismiss against Plaintiff Robert E. Hall ("Plaintiff"), **IT IS HEREBY ADJUDGED** that Plaintiff's claims are **DISMISSED with prejudice**. Plaintiff shall take nothing by his Complaint.

**IT IS SO ORDERED**.

DATED: April 30, 2010

_____
GEORGE H. KING
United States District Judge